

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00054-CV

| | | |
|---|---|---|
| TOTALENERGIES E&P USA, INC., Appellant | § | On Appeal from the 67th District Court |
| | § | of Tarrant County (067-286059-16) |
| v. | § | March 24, 2022 |
| DALLAS/FORT WORTH INTERNATIONAL AIRPORT BOARD, CITY OF DALLAS, AND CITY OF FORT WORTH, Appellees | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's summary judgment in favor of appellees Dallas/Fort Worth International Airport Board, City of Dallas, and City of Fort Worth is reversed and we render summary judgment in favor of TotalEnergies E&P USA, Inc., with a declaration that the drilling commitment may be fulfilled by drilling vertical wells.

It is further ordered that appellees Dallas/Fort Worth International Airport Board, City of Dallas, and City of Fort Worth shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
    Justice Brian Walker